**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**24-CR-20159-DAMIAN/VALLE**
CASE NO. _____

18 U.S.C. § 2251(a)(1) and (e)
18 U.S.C. § 2252(a)(2) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253(a)

**UNITED STATES OF AMERICA**

v.

**GUISSELL LANNING,**

Defendant.
_____/

FILED BY _____ *MP* _____ D.C.

*Apr 17, 2024*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE
**Production of Visual Depictions Involving Sexual Exploitation of Minors**
**(18 U.S.C. § 2251(a) and (e))**

Beginning on a date unknown to the Grand Jury, but no later than in or around May 2021,

and continuing through on or about December 10, 2022, in Miami-Dade County, in the Southern

District of Florida, and elsewhere, the defendant,

**GUISSELL LANNING,**

did employ, use, persuade, induce, entice, and coerce, a minor, that is, MINOR VICTIM 1, to

engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct,

knowing and having reason to know that such visual depiction would be transported and

transmitted using a means and facility of interstate and foreign commerce, and such visual

depiction having been produced and transmitted using materials that had been mailed, shipped,

and transported in and affecting interstate and foreign commerce by any means, including by

computer, and such visual depiction having actually been transported and transmitted using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT TWO**
**Receipt of Visual Depictions Involving Sexual Exploitation of Minors**
**(18 U.S.C. § 2252(a)(2) and (b)(1))**

From on or about October 20, 2022, and continuing through on or about December 10, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GUISSELL LANNING,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

**COUNT THREE**
**Distribution of Visual Depictions Involving Sexual Exploitation of Minors**
**(18 U.S.C. § 2252(a)(2) and (b)(1))**

From on or about October 20, 2022, and continuing through on or about December 10, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GUISSELL LANNING,**

did knowingly distribute a visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction

2

having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT FOUR
### Possession of Visual Depictions Involving Sexual Exploitation of Minors
### (18 U.S.C. § 2252(a)(4)(B) and (b)(2))

On or about December 11, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

## GUISSELL LANNING,

did knowingly possess matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve (12) years of age.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **GUISSELL LANNING**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 2251 and/or 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

> a.  Any visual depiction described in Title 18, United States Code Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;
>
> b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
>
> c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL.

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

KATHERINE W. GUTHRIE
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: **24-CR-20159-DAMIAN/VALLE**

v.

GUISSELL LANNING,

_____/
                    Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __7__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☐ 0 to 5 days
   II   ☒ 6 to 10 days
   III  ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of December 12, 2022

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____

KATHERINE W. GUTHRIE
Assistant United States Attorney
Court ID No.    A5502786

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Guissell Lanning

**Case No:** _____

Count #: 1

Production of Visual Depictions Involving Sexual Exploitation of Minors

Title 18, United States Code, Section 2251(a)(1) and (e)
**\* Max. Term of Imprisonment: 30 Years**
**\* Mandatory Min. Term of Imprisonment (if applicable): 15 Years**
**\* Max. Supervised Release: 5 Years to Life**
**\* Max. Fine:  $250,000**

Count #: 2

Receipt of Visual Depictions Involving Sexual Exploitation of Minors

Title 18, United States Code, Section 2252(a)(2) and (b)(1)
**\* Max. Term of Imprisonment: 20 Years**
**\* Mandatory Min. Term of Imprisonment (if applicable): 5 Years**
**\* Max. Supervised Release: 5 Years to Life**
**\* Max. Fine: $250,000**

Count #: 3

Distribution of Visual Depictions Involving Sexual Exploitation of Minors

Title 18, United States Code, Section 2252(a)(2) and (b)(1)
**\* Max. Term of Imprisonment: 20 Years**
**\* Mandatory Min. Term of Imprisonment (if applicable): 5 Years**
**\* Max. Supervised Release: 5 Years to Life**
**\* Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Guissell Lann rig _____

**Case No:** _____

Count #: 4

Possession of Visual Depictions Involving Sexual Exploitation of Minors

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) _____
* **Max. Term of Imprisonment: 20 Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 5 Years to Life**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NUMBER: 24-CR-20159-DAMIAN/VALLE

**BOND RECOMMENDATION**

DEFENDANT: Guissell Lanning

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   KATHERINE W. GUTHRIE

Last Known Address: _____

What Facility:    TGK Miami

Agent(s):    Chinelle Medina
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)
Homeland Security Investigations